### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MERCHANTS BANK OF INDIANA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WESTERKAMP TRUST UNDER TRUST AGREEMENT DATED DECEMBER 8, 2008, KIMBERLY WESTERKAMP, ROBERT WESTERKAMP, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-TC1, BANKERS TRUST COMPANY OF CALIFORNIA NA AS CUSTODIAN, and THE STATE OF ILLINOIS DEPARTMENT OF REVENUE, <br><br> Defendants. | Case No. <br><br> Property Address: <br> 601 Glen Park Rd. <br> Glen Ellyn, IL 60137 |

### COMPLAINT FOR MORTGAGE FORECLOSURE

Merchants Bank of Indiana, by and through its attorneys, Dinsmore & Shohl LLP, for its Complaint for Mortgage Foreclosure, respectfully states as follows:

### JURISDICTION & VENUE

1. This Court has original subject matter jurisdiction in the above-captioned case pursuant to 28 U.S.C. 1332(a) because the matter in controversy is between citizens of different states, and the damages claimed exceed the sum of $75,000.00, exclusive of interests and costs.

2. This Court has personal jurisdiction over the defendants pursuant to 735 ILCS 5/2-209(a) and (b).

3. Venue is proper in this District because the mortgage at issue is secured by property located in this District and because a substantial part of the events or omissions giving rise to the claim occurred here. *See* 28 U.S.C. § 1391.

## THE PARTIES

4. Merchants Bank of Indiana ("Merchants" or "Plaintiff") is an Indiana chartered bank with its principal place of business at 410 Monon Blvd., Carmel, Indiana 46032. Merchants' businesses include commercial lending and traditional community banking operations with six depository branches located in Indiana (in Carmel, Indianapolis, Lynn, Spartanburg, and Richmond).

5. Kimberly Westerkamp is an individual and a citizen of the State of Illinois and is joined as a party because she may have a lien or claim an interest in the property described below.

6. Robert Westerkamp is an individual and a citizen of the State of Illinois and is joined as a party because he may have a lien or claim an interest in the property described below.

7. Robert Westerkamp Trust under Trust Agreement dated December 8, 2008 (the "Trust") is a Trust under which Robert Westerkamp is the trustee. Therefore, for the purpose of diversity jurisdiction, the Trust is a citizen of Illinois. The Trust is joined as a party because it is the record owner of the property described below.

8. U.S. Bank, National Association, is a national bank organized under the laws of the United States, with its principal place of business in Minneapolis, Minnesota. U.S. Bank, National Association, as trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-TC1 ("U.S. Bank"), is joined as a party because it may have a lien or claim an interest in the property described below.

9. Bankers Trust Company of California NA ("Bankers Trust") is a national bank organized under the laws of the United States, with its principal place of business in Minneapolis, Minnesota. Bankers Trust is joined as a party because it may have a lien or claim an interest in the property described below.

10. The State of Illinois Department of Revenue ("IL DOR") is joined as a party because it may have a lien or claim an interest in the property described below pursuant to the Notice of Tax Lien for the amount of $39,916.80, recorded on May 15, 2023, as Document No. 118957, and the Notice of Tax Lien for the amount of $37,779.17, recorded on February 9, 2024, as Document No. 196392.

## FACTUAL BACKGROUND

11. On November 1, 2013, non-party Park Pointe Healthcare & Rehabilitation Center, LLC, a Delaware limited liability company (the "Borrower"), executed and delivered a Promissory Note to Merchants in the original principal sum of TWO MILLION and 00/100 Dollars ($2,000,000.00) (as amended from time to time, the "2013 Note"). A true and accurate copy of the 2013 Note is attached hereto as "**Exhibit A**."

12. Contemporaneously with the execution of the 2013 Note, the Trust executed a Continuing Guaranty, under which the Trust unconditionally guaranteed payment of the indebtedness owed under the 2013 Note (the "2013 Guaranty"). A true and accurate copy of the 2013 Guaranty is attached hereto as "**Exhibit B**."

13. On August 31, 2018, the Borrower executed and delivered a Promissory Note to Merchants in the original principal sum of TWO MILLION and 00/100 Dollars ($2,000,000.00) (as amended from time to time, the "2018 Note"). A true and accurate copy of the 2018 Note is attached hereto as "**Exhibit C**."

3

14. On or about February 1, 2023, the Trust executed a Continuing Guaranty, under which the Trust unconditionally guaranteed payment of the indebtedness owed under the 2018 Note (the "2018 Guaranty"). A true and accurate copy of the 2018 Guaranty is attached hereto as "**Exhibit D**."

15. On December 31, 2021, the Borrower executed and delivered a Promissory Note to Merchants in the original principal sum of TWO MILLION and 00/100 Dollars ($2,000,000.00) (as amended from time to time, the "2021 Note" and with the 2013 Note and 2018 Note, the "Notes"). A true and accurate copy of the 2021 Note is attached hereto as "**Exhibit E**."

16. Contemporaneously with the execution of the 2021 Note, the Trust executed a Continuing Guaranty, under which the Trust unconditionally guaranteed payment of the indebtedness owed under the 2021 Note (the "2021 Guaranty" and with the 2013 Guaranty and 2018 Guaranty, the "Guaranties"). A true and accurate copy of the 2021 Guaranty is attached hereto as "**Exhibit F**."

17. On February 21, 2023, Merchants, the Trust, Kimberly Westerkamp, Robert Westerkamp, and others entered into that certain Forbearance Agreement (defined below), wherein they acknowledged, among other things, that the Notes were in default as a result of the Obligors', as defined therein, failure to make payments when due in accordance with the requirements of the respective loan documents.

18. As consideration for Merchants agreeing to forebear from enforcing its rights and remedies under the Notes and all related documents, the Trust agreed to provide a Junior Mortgage (the "Mortgage") on the property commonly known as 601 Glen Park Road, Glen Ellyn, Illinois 60137 (the "Property"). A true and correct copy of the Mortgage is attached hereto as "**Exhibit G**."

19. On July 21, 2023, Merchants, the Trust, Kimberly Westerkamp, Robert Westerkamp, and others entered into that certain First Amendment to Forbearance Agreement, wherein they acknowledged, among other things, their failure to make certain payments under the Forbearance Agreement. A true and correct copy of the Forbearance Agreement and First Amendment to Forbearance Agreement (collectively hereafter, the "Forbearance Agreement") is attached hereto as "**Exhibit H**."

20. The Forbearance Agreement, in which Merchants conditionally agreed to forbear from enforcing its rights, terminated when Borrower failed to make the required monthly $75,000.00 payments due under the Forbearance Agreement. Specifically, Borrower made three total forbearance payments on or about July 19, 2023, October 18, 2023, and November 30, 2023, but has made no other payments (the "Default"). As a result of the Default, Merchants files this Complaint to foreclose the Mortgage.

## COUNT I
## FORECLOSURE OF MORTGAGE

21. Plaintiff re-alleges paragraphs 1 through 20 of this Complaint as though fully set forth herein.

22. Information concerning Mortgage:

   a. Nature of instrument: Junior Real Estate Mortgage and Fixture Filing

   b. Date of mortgage: February 1, 2023

   c. Name of mortgagor: Robert Westerkamp Trust U/A/D 12/08/08

   d. Name of mortgagee: Merchants Bank of Indiana

   e. Date and place of recording: February 22, 2023, with the DuPage County Recorder's Office

   f. Identification of recording: Document No. R2023-010359.

  g.  Interest subject to the mortgage: 100% fee simple

  h.  Amount of original indebtedness, including subsequent advances made under the mortgage: $6,000,000.00; However, the Mortgage, by its terms, secures a maximum principal amount of $200,000.00.

  i.  Both the legal description of mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty:

> LOT 1 IN DRURY-KEIM SUBDIVISION OF PART OF LOTS 5 AND 6 IN VALLEY VIEW SUBDIVISION, IN SECTION 26, TOWNSHIP 39 NORTH, RANGE 10, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT OF DRURY-KEIM SUBDIVISION RECORDED JULY 15, 1976 AS DOCUMENT R76-46922, IN DUPAGE COUNTY, ILLINOIS.
>
> Commonly Known As: 601 Glen Park Rd., Glen Ellyn, IL 60137
> Permanent Identification No.: 05-26-209-017

  j.  Statements as to default: *See* Default, as defined above.

  k.  Statement as to unpaid principal, interest, other charges and total accelerated amount due:

> As of April 10, 2024, the outstanding principal balance under the 2013 Note was $1,998,632.03 and the accrued and unpaid interest equaled $376,196.19 for a total amount due and payable of $2,374,828.22. Interest continues to accrue under the terms of the 2013 Note at the rate of $527.42 per day.
>
> As of April 10, 2024, the outstanding principal balance under the 2018 Note was $2,000,000.00 and the accrued and unpaid interest equaled $294,686.28, for a total amount due and payable of $2,294,686.28. Interest continues to accrue under the terms of the 2018 Note at the rate of $333.33 per day.
>
> As of April 10, 2024, the outstanding principal balance under the 2021 Note was $1,775,000.00 and the accrued and unpaid interest equaled $352,179.17, for a total amount due and payable of $2,127,179.17. Interest continues to accrue under the terms of the 2018 Note at the rate of $468.40 per day.

  l.  Name of present owner of the real estate: Robert Westerkamp Trust U/A/D 12/08/08.

m. Names of other persons who are joined as defendants and whose interest in or lien on the mortgaged real estate is sought to be terminated: Kimberly Westerkamp and Robert Westerkamp. The State of Illinois Department of Revenue, pursuant to the Notice of Tax Lien for the amount of $39,916.80, recorded on May 15, 2023, as Document No. 118957, and the Notice of Tax Lien for the amount of $37,779.17, recorded on February 9, 2024, as Document No. 196392.

n. Names of defendants claimed to be personally liable for deficiency, if any: Plaintiff is not seeking relief under the debt obligations as part of this action.

o. Capacity in which Plaintiff brings this foreclosure: Plaintiff is the legal holder of the Mortgage and Notes.

p. Facts in support of request for attorneys' fees and of costs and expenses: Pursuant to Mortgage, Plaintiff shall be entitled to collect all expenses incurred in pursuing the remedies provided in the Mortgage, including all reasonable attorneys' fees and costs.

q. The names of defendants whose right to possess the mortgaged real estate, if any, after the confirmation of a foreclosure sale is sought to be terminated: The Trust, Kimberly Westerkamp and Robert Westerkamp.

r. Facts in support of a shortened redemption period; or that the right of redemption was waived: Plaintiff reserves the right to seek a shortened redemption.

s. Facts in support of a shortened reinstatement period; or that the right of was waived: Plaintiff reserves the right to seek a shortened reinstatement period.

t. Facts in support of a request for appointment of mortgagee in possession or appointment of a receiver: Plaintiff reserves its right to be placed as a mortgagee in possession or have a receiver appointed.

For relief, Plaintiff requests:

I. A judgment to foreclose and sale;

II. An order granting possession, if sought;

III. A judgment for attorneys' fees, costs, and expenses, if sought;

IV. An order granting or waiving a shortened reinstatement and/or redemption period, if sought;

V. An order placing the Mortgagee in possession or appointing a receiver, if sought; and

VI. Such other relief as this court may deem just and equitable.

Dated: April 17, 2024

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Alexander N. Wright

Alexander N. Wright
ARDC No. 6314304
222 W. Adams Street, Suite 3400
Chicago, IL 60606
(312) 837-4332
alexander.wright@dinsmore.com

***Attorney for Merchants Bank of Indiana***